IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOE SIVLEY, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:05CV01334 SWW |
| | * | |
| UNIVERSITY OF CENTRAL ARKANSAS, | * | |
| | * | |
| Defendant. | * | |

## Judgment

Pursuant to the Memorandum and Order entered in this matter on this date, IT IS CONSIDERED ORDERED AND ADJUDGED that plaintiff's complaint is dismissed.

DATED this 1st day of November 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE